ROCK RIDGE ASSOCIATION, INC., ET AL. *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH ET AL.

The petition by the defendants C. Van Windree et al. for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied by the court.

*John F. Lambert,* in support of the petition.

*Alan R. Spirer,* in opposition.

Submitted October 24—decided November 1, 1977

PATRICK LANDANO *v.* GENERAL MOTORS CORPORATION ET AL.

The petition by the third party defendant Boyle Equipment Company for certification for appeal from the Court of Common Pleas in New Haven County is denied by the court.

*William F. Gallagher,* in support of the petition.

*Robert P. Volpe,* in opposition.

Submitted October 24—decided November 1, 1977

HARTFORD NATIONAL BANK AND TRUST COMPANY *v.* STANLEY V. TUCKER ET AL.

The application of Stanley V. Tucker, filed October 24, 1977 for a stay, pending the filing of a petition for certiorari to the Supreme Court of the United States, of the order of this court dated October 13, 1977, dismissing his appeal from the Superior Court in Litchfield County, is denied by this court, it appearing that the application raises no substantial federal constitutional issue.

*Stanley V. Tucker,* pro se, in support of the application.

*Neil E. Atlas,* in opposition.

Submitted November 2—decided November 2, 1977